# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**SHERRY DARLENE WELLS,**

    **Plaintiff,**

v.                                                                                  **Case No:5:12-CV-329-Oc-PRL**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

Pending before the Court is Plaintiff's motion for an award of attorney fees and costs. (Doc. 19). Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), Plaintiff requests an award of fees in the amount of $5,544.61 and costs in the amount of $350.00. The attached itemization of time confirms the attorney hours and the attached receipt confirms the costs. The Commissioner has not filed a response to the motion, and his time for doing so has passed; thus, the Court will treat the motion as unopposed.

Plaintiff asserts that she is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified and that her net worth at the time the proceeding was filed was less than two million dollars.[1] On December 21, 2012, the Court entered an Order reversing and remanding this cause back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 17). On December 26,

---

[1] Under the EAJA, a claimant is eligible for an attorney fee award where: (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust. 28 U.S.C. § 2412(d).

- 2 -

2012, the Clerk entered Judgment. (Doc. 18). On January 25, 2013, Plaintiff filed the instant motion.

Plaintiff attached an affidavit in which she assigns her EAJA fees to counsel, J. Christopher Deem. (Doc. 19-1). In light of the assignment, Plaintiff requests that the payment should be made payable to Plaintiff and delivered to Plaintiff's counsel unless Plaintiff owes a federal debt. If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

Pursuant to the provisions of the Equal Access to Justice Act (28 U.S.C. §2412(d)), Plaintiff's motion for an award of attorney fees and costs (Doc. 19) is hereby **GRANTED**. Plaintiff is awarded attorney's fees in the amount of **$5,544.61** and costs in the amount of **$350.00.** Payment is authorized to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the government.

**DONE** and **ORDERED** in Ocala, Florida on February 15, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties